# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **MUZAK HOLDINGS LLC, <u>et al.</u>,**[1] | ) |
| | ) Case No. 09-10422 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## AFFIDAVIT IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Steven Simms, being duly sworn, hereby deposes and says:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees "FTI"), a financial advisory services firm with numerous offices throughout the country. I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") to Muzak Holdings LLC, <u>et al.</u>, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisors

---

1 The Debtors in these chapter 11 case, together with the last four digits of each Debtor's federal tax identification number, are: Muzak Holdings LLC (3730); Muzak Holdings Finance Corp. (3728); Muzak LLC (3729); Background Music Broadcasters, Inc. (3014); Muzak Capital Corporation (2302); MLP Environmental Music, LLC (6098); Business Sound, Inc. (9525); BI Acquisition, LLC (6049); Muzak Finance Corp. (7963); Electro-Systems Corporation (6059); Audio Environments, Inc. (4111); Telephone Audio Productions, Inc. (4894); Vortex Sound Communications Company, Inc. (3711); Muzak Houston, Inc. (9984); and Music Incorporated (3710). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: 3318 Lakemont Boulevard, Fort Mill, South Carolina 29708.

under the terms and conditions set forth in the Application. Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

## Disinterestedness and Eligibility

2.      In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on Exhibit B to this Affidavit.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services. To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the

---

[2]  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and

Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee in matters upon which FTI is to be employed, and none are in connection with these cases.

5.     Greg Rayburn, a Senior Managing Director at FTI, was the former CEO of Muzak from July 2005 through July 2006. Mr. Rayburn left Muzak in July of 2006, over 2.5 years before the Petition Date. Therefore, I believe Mr. Rayburn's former employment as CEO at Muzak does not disqualify FTI as a "disinterested person" as defined under the Bankruptcy Code. Further, Mr. Rayburn will not be involved in FTI's engagement in these chapter 11 cases.

6.     It is my understanding that Kirkland & Ellis LLP ("K&E") is engaged as counsel to the Debtors in connection with these proceedings. Mr. George P. Stamas, a partner at K&E, is currently a member of the Board of Directors of FTI. To the best of my knowledge, Mr. Stamas is in no way involved with the K&E team in these proceedings, nor does Mr. Stamas have any professional involvement in this matter in any capacity.

7.     FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

8.     FTI has not reviewed the relationship that the members of the FTI engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District other than those employees listed on Exhibit A, but will do so upon being provided with a list of such persons by the office of the U.S. Trustee.

9.     Upon information and belief, I believe that FTI does not represent and does not hold any interest adverse to the Debtors' estates or their creditors in the matters upon which FTI is to be engaged and, therefore, I believe FTI is a "disinterested person" as that term is defined in the Bankruptcy Code and is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

---

are based on information provided by them.

10. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

## **Professional Compensation**

11. Subject to Court approval and in accordance with the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, FTI will seek payment for compensation on a fixed monthly basis of $125,000 per month for the first six months, $100,000 per month for the next four months, and $75,000 per month thereafter (collectively, "Monthly Fixed Fee"), plus reimbursement of actual and necessary expenses incurred by FTI. The Monthly Fixed Fee shall be subject to a periodic review by the Committee and FTI, and any proposed changes will be subject to Court approval.

12. In addition, upon completion of these cases, FTI shall receive a completion fee of up to $750,000 (the "Completion Fee"). The Completion Fee shall be subject to Court approval in accordance with the standard set forth in section 328(a) of the Bankruptcy Code. The Completion Fee will be considered earned and payable, subject to Bankruptcy Court approval, upon confirmation of a chapter 11 plan of reorganization or liquidation, the terms of which have been substantially agreed to by the requisite holders of claims against the Debtors. Actual and necessary expenses would include any legal fees incurred for FTI's retention and defense of fee applications in this matter, subject to Court approval.

13. On a monthly basis, FTI will provide hours expended at a summarized level that includes the total number of hours worked by professional and the total number of hours spent by task category. For each task category, FTI will provide an explanation of the type of work performed.

14. According to FTI's books and records, during the ninety day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

15. To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

Dated this 19th day of March 2009.

_____
Steven Simms

SUBSCRIBED AND SWORN TO BEFORE ME this 19 day of March 2009.

_____
Notary Public

My Commission Expires:

May 24, 2012

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2012

**Listing of Parties-in-Interest Reviewed for Current Relationships**

**5% Equity Ownership**

| | |
|---|---|
| ABRY Broadcast Partners II | Gantert, Thomas J. |
| ABRY Broadcast Partners III | Hain, J. Travis |
| ABRY Capital LP | Haynes, R. Dodd |
| ABRY Equity Investors LP | MacInnis, Robert P. |
| ABRY Holdings III Inc. | MEM Holdings LLC |
| ABRY Holdings Inc. | Messana, Frank |
| AMFM Systems Inc. | Moore, David M. |
| BACI | Poole, Scott R. |
| Bancamerica Capital Investors I LP | Villa, Stephen P. |
| Bank of America Capital Investors LP | Yudkoff, Royce G. |
| | Zendan, Michael F., II |

**Banks**

| | |
|---|---|
| Bank of America | State Street Bank & Trust Co. |
| BB&T | US Bank NA |
| JP Morgan Chase | Wachovia |

**Debtholders**

| | |
|---|---|
| ABRY Partners LLC | Fidelity Management & Research Co. |
| AIG Global Investment Group Inc. | GE Capital |
| ALJ Capital Management | HSBC Global Asset Management (USA) Inc. |
| andbanc Reprasentanz Deutschland | ING Investments LLC |
| Bear Stearns | JPMorgan Asset Management |
| Black Diamond | JPMorgan Securities Inc. (US) |
| BlackRock Financial Management Inc. | MFC Global Investment Management (US) LLC |
| Canyon Capital Advisors LLC | Monarch Alternative Capital LP |
| Carlson Capital LP | ORIX Corp. |
| Caspian Capital Management LLC | Restoration Capital Management LLC |
| Chartwell Investment Partners LP | Riva Ridge Capital Partners |
| Credit Suisse Asset Management Americas | Silver Point Capital Advisors LLC |
| Deutsche Asset Management | Stonegate Capital Management LLC |
| Eaton Vance Management Inc. | TD Asset Management Inc. |
| Euroclear Bank | Wells Capital Management Inc. |
| | White Peaks Asset Management LLC |

**Debtor Affiliates**

| | |
|---|---|
| A &D Music | Drive-Thru Express |
| ACN Holdings Inc. | Dynamic Sound |
| ACN Holdings LLC | Electro Systems Corp. |
| American Music/American Music Network | Empirical Rhythm Music |
| AOA | emuzak.com |

Audio Communications Network LLC
Audio Environments Inc.
Audio Environoments Inc
Audio Plus
Background Music Broadcasters Inc.
BI Acquisition LLC
brandvoice.com
Business Sound Inc.
Comcast Sound Communications
Country Currents
creatingexperiences.com
downloads.muzak.com

emuzak.net
Environmental Music by Muzak
Expressions
expressions.muzak.com
Florida Sound
FM One
FM-1
Foreground Music One
heart.muzak.com
Hitline
hollywoodonhold.com
HOOA
http://twitter.com/muzakllc

id.muzak.com
info.muzak.com
Jukebox Gold
Litt Music
Litt Music Publishing Corp
Marketing on Hold
marketingonhold.com
marketingonhold.info
marketingonhold.net

MLP Environmental Music LLC
MLP Operating
Mountain West Audio
Music Acquisition
Music Inc.
music.muzak.com
Musi-Cal
Muzak   (LLC, LP)

Muzak Atlanta
Muzak Boise
Muzak Capital Corp.
Muzak Charlotte
Muzak- Chicago
Muzak Cincinnati
Muzak Cleveland
Muzak Columbus
Muzak Dallas
Muzak DC
Muzak Denver
Muzak Detroit
Muzak Finance Corp.
Muzak Florida
Muzak Gateway River
Muzak Great Lakes
Muzak Heart & Soul Foundation
Muzak Holdings Finance Corp.
Muzak Holdings LLC
Muzak Houston Inc.
Muzak Inc
Muzak Indianapolis

Muzak Salt Lake City
Muzak San Francisco
Muzak Seattle
Muzak Southern Cal
Muzak Southwest
Muzak Spokane
muzak.com
muzakcitycenter.com
muzakid.muzak.com
muzakinfoshare.com
muzakmessages.com
muzakport.com
muzakvoice.com
muzakvoice.net
muzakvoice.org
myimage.muzak.com
mymessages.com
Ohio Sound and Music
On Hold America
On Hold Communications
Osborn Sound & Communications of GA
Osborne Sound & Comm

| | |
|---|---|
| Muzak Kansas City | Quincy Broadcasting |
| Muzak LLC | Sold-on-Hold Communications |
| Muzak Macon | solutions.muzak.com |
| Muzak Michigan | Sound of Music LTD |
| Muzak Mid Atlantic | sound.muzak.com |
| Muzak Mid Continent | Suncom Comm |
| Muzak Milwaukee | Taft Broadcasting |
| Muzak Minneapolis | Telephone Audio Productions Inc. |
| Muzak New England | Telephone Audio Productions/Sold on Hold |
| Muzak New York | televisiononhold.com |
| Muzak Northeast | travelonhold.com |
| Muzak Northern Cal | tv.muzak.com |
| Muzak Northern Central | Visual Solutions |
| Muzak Northwest | voice.muzak.com |
| Muzak Peoria | Vortex Sound Communications Co. Inc. |
| Muzak Phoenix | www.myspace.com/charlottebattleofthebands |
| Muzak Portland | www.myspace.com/muzakheartandsoul |
| Muzak Riverside | www.myspace.com/muzaklicensing |
| | Your Callers are Listening, Every Second Counts! |

| | |
|---|---|
| ABRY Broadcast Partners II | Eden, John |
| ABRY Broadcast Partners III | Evans, Thomas |
| Alshouse, Gary | Gantert, Thomas J. |
| AMFM Systems Inc. | Gargagliano, Shelly |
| BancAmerica Capital Investors I LP | Hillebrand, William |
| Bodenman, Brad | Hoeltke, Michael |
| Bordessa, Elizabeth | Hopp, Mindy |
| Boyd, Robert | Johnson, Jay |
| Boyd, William | Jones, Stephen F. |
| Breedlove, Randy | Joseph Koff Trust |
| Brusse, Aaron | Kahn, Kenneth |
| Cauley, Robert | Kelly, Michael |
| Chaffee, Richard | Kelly, Zoe |
| Chester, David | Kent, Dana |
| Clark, David | Koff, Adam Zachary |
| Collis, D. Alvin | Koff, Benjamin Eli |
| Davids, Larry | Koff, Joseph |
| DeRose, Dino J. | LAN International Inc. |
| Eaton, Scott | Landmark Equity Partners XIII |
| | Mason, William (Buddy) |

**Equity Holders**

| | |
|---|---|
| McGrath, James | Riley, Bob |
| McKagan, Bruce | Rothman, Jeff |
| MEM Holdings LLC | Saldarini, Charles |

Messana, Frank
Miller, Scott
Mitchell, Paul
Moore, David
Morse, Cynthia
Mountain West Audio Inc.
Music Holdings Corp.
Music Inc.
Neerings, Grant
New York Life Capital Partners
Newman, Jon
Northwestern Mutual Life Insurance Co., The
Otremba, Lon
Pope, James R.
Raleigh, Robert
Randall, Steve

Seitz, Connie
Sennett, Mark
Smith, Phil
Sound of Music
Tracy, Suzanne
Unger, David
Van Epps, Dave
Villa, Steve
Walker, Page
Walsh, Catherine
Wiggins, Janice
Williams, Mark
Woods, Rickio
Zalupski, John
Zendan, Michael
Ziegler, Paul

**Formerly Known As**

A&D Music Inc.
ABRY Broadcast Partners II
ABRY Broadcast Partners III
ACN Holdings LLC
Advertising On Hold Inc.
Audio Communications Network LLC
Audio Environment Inc.
Background Music Broadcasters Inc.
Broadcast International Inc.
Business Sound Inc.
Capstar Broadcasting Corp.

Custom On Hold Services Inc.
CustomTronics Sound
Electro Systems
Entouch Systems
LaBov & Beyond Inc.
MEM Holdings LLC
Midwest Systems & Services Inc.
Mountain West Audio Inc.
Muzak Limited Partnership
Penobscot Broadcasting Corp.
US West Communications Services Inc.

**Indenture Trustees**

Bear Stearns & Co. Inc.
Bear Stearns Corporate Lending Inc.

State Street Bank & Trust Co.
US Bank NA

**Insurers**

American International Specialty Lines Insurance Co.

Beazley Syndicates at Lloyd's
Federal Insurance Co.
Great American Insurance Co.

Liberty Mutual Fire Insurance Co.

Marsh & McLennan Cos. Inc.
XL Specialty Insurance Co.
Zurich American Insurance Co.

**Lenders**

ALJ Capital LP
Amaranth Partners LLC
Bear Stearns Investment Products
Black Diamond Offshore Ltd.

Grand Central Asset Trust SIL Series
MOAB Partners LP
Orix Finance Corp. I
Restoration Holdings Inc.

Caspian Capital Partners LP (Mariner)
Fidelity Central Investment Portfolio
General Electric Capital Corp.

Riva Ridge Master Fund Ltd.
Silverpoint
Swiss Re Financial Products Corp.

**Letter of Credit**

ACSTAR Insurance
C.W. Olsen & Company

Greenwich Insurance US Specialties
Liberty Mutual Insurance

**Licensees**

Accent Communications Systems Inc.
Arranged Sound Inc.
Audio Acoustics
Audiomatrix
Avcom Communications
Background Music Co.
Beaumont Business Music Inc.
Big Sky Sound Inc.
Business Music & Communications LLC
Business Music Inc.
Business Music Ltd.
Carolina Sound Communications
Carolina-Georgia Sound Inc.
Commercial Audio & Video
Custom Communications Inc.
DB Acoustics Inc.

Eastman Sound & Music Inc.
Environmental Sound Solutions
Fitzhugh Communications Inc.
Focus Four
Forward Electronics of Wausau Inc.
Functional Communications Corp.
Georgia Sound Communications
Granite Sound Corp.
Great Plains Sound & Technologies
Gulf Business Music Inc.
Hawaii Sound Systems Inc.
Independence Communications Inc.
Independence Communications Inc.-Ashtabula
Independence Communications Inc.-Rocky Mount
MacDonald Broadcasting Co., The
Maverick Media
McClelland Sound Inc.

Melody Inc.
Melody Music Co.
Metro Communications Inc.
Miami Valley Audio
Music Engineering Inc.
Music of Rapid City Inc.
Music Services of Vermont
Muzicom Inc.
Muzicraft
NCC Systems Inc.
Northern Musicast Inc.
Ohio Musicue
Pioneer Music Co.
Pridham Electronics Inc.
ProSound Inc.
Range Telecommunications
Serban
Shag Miller
Sound Tech LLC

Sousley Sound Inc.
South Central Sound-Chattanooga
South Central Sound-Decatur
South Central Sound-Evansville
South Central Sound-Huntsville
South Central Sound-Knoxville
South Central Sound-Lexington
South Central Sound-Little Rock
South Central Sound-Louisville
South Central Sound-Memphis
South Central Sound-Nashville
South Central Sound-Vegas
Tempo Sound & Security Inc.
Texarna
Texas Wired Music Inc.
TimeComet Corp.
Towner Communication Systems
Tropical Music Service Inc.
World Music Corp.

## Litigants

| | |
|---|---|
| Acklen | Lynch, Nicole |
| Adventure Parks Group LLC | Mahoney, John |
| Ayres, Danny | Mangal |
| Belleveau, Marc | Martin, Reed |
| Bristow, Eugene | Maxey, Leo |
| Brown, Julie | McCord, Richard J. |
| Buenaluz, Mateo | Meda, Ruben |
| Byrd, Jerl | Nava, Sergio |
| Conkright, Marcia K. | Nelson, Kenneth |
| Cypress Gardens Adventure Park LLC | Prevette, King |
| Ducut, Maria | Rann, Nikita |
| Egan, Brian | Reyes, Edward |
| Fattah, Cyrus | Rodriguez, Richard |
| Giroux-Kober, India | SESAC Inc. |
| Glassratner Advisory & Capital Group LLC | Sound Exchange |
| Hall, John | Stanionis, James |
| Hawkins, Bryan | Stowell, Shauna |
| Heinle, Rod | Struck, Gerald |
| Henry, Dale David | Surryhne, Robert |
| IBEW Local 11 | Torian, Samika |
| Jackson, Elton | Vanhaelewyn, Russell |
| Johnson, Robert | Wickes Holdings LLC |
| Kalinay, Mark | Wild Adventures Valdosta LLC |
| Knighten, Nicholas | Williams, Dena |
| Lemay, James | Williams, Greg |
| | Williams, Leesa |
| | Yandoli Foods Inc. |

## Officers & Directors

| | |
|---|---|
| Armstrong, Geoff | Gantert, Thomas J. |
| Balser, Paul E. | Garber, Peni |
| Banks, Andrew | Gentry, Thomas J. |
| Bodenman, Brad | Gershon, Greg |
| Borgeson, Wallace | Gringas, Bob |
| Boulware, Christopher | Grossman, Jay |
| Bowles, Xuyen | Grove, Hilary Kaiser |
| Brenner, Alex | Hain, J. Travis |
| Bretschneider, William | Handy, Doughlas |
| Britt-Stearns, Kristi | Harder, Pat |
| Carlson, Dean | Harrison, James R. |
| Carrig, Eileen | Haynes, R. Dodd |
| Cauley, Bob | Henderson, J. Gary |
| Chaffee, Dick | Hicks, Stephen |

Chetwin, Susan
Collamer, Kirk A.
Craig, Jack D.
Evans, Tom
Fairchild, Jack D.
Finigan, Bob
Forster, Herb
Funkhouser, Bruce B.
Gantert, Thomas

Jones, William T.
Koff, Joseph
Lesperance, Thaina
Lusk, Mary Ann
MacInnis, Robert P.
Marascio, Jim
McGinty, Kevin
McGrath, Jim
McGuiness, Jim
McGuiness, Neil
McKagan, Bruce
Messana, Frank
Milburn, Michael R.
Misiak, Teresa
Moore, David M.
Neal, John A.
O'Neil, Shane
Plum, Roy
Plum, Samuel
Pollack, Bruce
Poole, Scott R.
Pulliam, Tim
Rayburn, Greg
Renick, Kathleen E.
Renick, Larry G.

Hill, Julie
Hillebran, Charlie
Hughes, Sean
Huxhold, Adam
Jennings, Mark E.
Jester, John R.
Johnson, Jay
Jones, Francis
Jones, Marla J.

Robinson, Annette
Salderini, Charles
Stewart, L. Dale
Szmadzinski, Joe
T. Mays, Randall
Tatum, Walter
Thompson, Dave
Thompson, Deena
Tippit, Carlisle
Tracy, Stephen M.
Urso, Laura-Jane
Vasher, Neely
Villa, Stephen P.
Walker, Page
Webster, Art
Welin King, Marjorie
Wellin, Keith
Wellin, Peter
Willis, Jeanine
Wolf, Scott
Wrbanek, Jim
Younger, Allen
Yudkoff, Royce G.
Zendan, Michael F., II
Ziegler, Paul

**Ordinary Course Professionals**

AirSupport LLC
Akin Gump
AP Lubrano & Co. Inc.
Bingham McCutchen
Brooks Pierce McLendon Humphrey & Leonard LLP
Brown Rudnick
Corporation Service Co.
Dorsey Whitney
Drinker Biddle & Reath LLP

Marsh & McLennan Cos. Inc.
Marsh Inc.
McCarthy Leonard Kaemmerer Owen McGovern Striler & Menghini LC
Moelis & Co. LLC
Moore & Van Allen PLLC
Morgan Joseph
Morris James LLP
Ogletree Deakins Nash Smoak & Stewart PC
Osler Hoskin & Harcourt LLP

EPIC
Epiq Systems Bankruptcy Solutions
Ettain Group Inc.
Exervio Consulting Inc.
Fenwick & West LLP
Fern Templeton
Garden City Group
Goldberg & Davis CPAs
Hamilton Martens Ballou & Sipe
Joele Frank
Joele Frank Wilkinson Brimmer Katcher
Kirkland & Ellis
Klehr Harrison
Lubrano

Perella
PricewaterhouseCoopers LLP
Technosoft
Towers Perrin
Trustee Fees
Watson Wyatt Worldwide Inc.
Wegener
Weil Gotshal
Westport Research
Willis Group Holdings Ltd.
Willis North America Inc.
Willkie Farr
Wilson Sonsini Goodrich & Rosati PC
Young Conaway

**Taxing Authorities**

Abbeville County (SC)
Aberdeen (WA)
Acadia Parish (LA)
Ada County (ID)
Ada Township (MI)
Adams County (IN)
Adrian, City of (MI)
Agawam, Town of (MA)
Alabama, State of
Alabaster (AL)
Alachua County (FL)
Alamance, County of (NC)
Alameda County (CA)
Alamosa (CO)
Alatax Seller's & Consumer's Use (AL)
Albion Fire District (RI)
Albion, City of (MI)
Aldine Independent School District (TX)
Alexander, County of (NC)
Algoma Township (MI)
Alief Independent Scool District (TX)
Allegan, City of (MI)
Alleghany County (NC)
Allen County (IN)
Allen Parish (LA)
Allen Park, City of (MI)
Alpena Township (MI)
Alpena, City of (MI)
Alpharetta, City of (GA)
Alrington, Town of (MA)

Lake County (FL)
Lake County (IN)
Lake Geneva, City of (WI)
Lakewood (CO)
Lamar (CO)
Lamar Central Appraisal District (TX)
Lancaster County (NE)
Lancaster County (SC)
Lane County (OR)
Lansing, City of (MI)
Larkspur (CO)
Latah County (ID)
Lathrop Village, City of (MI)
Lathrup Village, City of (MI)
Laurel Park, Town of (NC)
Laurens County (SC)
Laurinburg, City of (NC)
Lava Hot Springs (ID)
Lawrence County (IN)
Lee County (FL)
Lee County (NC)
Leesburg, Town of (VA)
Lenawee County (MI)
Lenoir, City of (NC)
Leon County (FL)
Leoni Township (MI)
Leslie, City of (MI)
Lewiston, City of (ME)
Liberty County (TX)
Liberty, City of (MO)

Amador County (CA)
Amherst, Town of (MA)
Anderson Central Appraisal District (TX)
Anderson County (SC)
Andover, Town of (MA)
Andrew County (MO)
Angelina County (TX)
Ann Arbor, Charter Township of (MI)
Ann Arbor, City of (MI)
Anson County (NC)
Ansonia, City of (CT)
Apache Junction (AZ)
Arizona, State of
Arkansas, State of
Arlington County (VA)
Arlington, Town of (MA)
Arvada (CO)
Ascension Parish (LA)
Aspen (CO)
Assumption Parish (LA)
Attleboro, City of (MA)
Auburn City (AL)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Augres, City of (MI)
Aurora (CO)
Avery County (NC)
Avon (CO)
Avon, Town of (CT)
Avon, Town of (MA)
Avondale (AZ)
Avoyelles Parish (LA)
Ayer, Town of (MA)
Baldwin County (AL)
Baldwin Township (MI)
Ball Ground, City of (GA)
Bammel Utility District (TX)
Bangor, City of (ME)
Bar Harbor, Town of (ME)
Bartholomew County (IN)
Bartow County (GA)
Bath, City of (ME)
Baton Rouge (LA)
Battle Creek, City of (MI)
Bay County (FL)
Beauregard Parish (LA)

Lime Rock Fire District (RI)
Limestone County (TX)
Lincoln County (NC)
Lincoln County (OR)
Lincoln Parish (LA)
Lincoln Park, City of (MI)
Lincoln, Town of (RI)
Littleton (CO)
Livingston Parish (LA)
Livonia, City of (MI)
Lone Tree (CO)
Longmont (CO)
Longview (WA)
Lonsdale Fire District (RI)
Los Angeles, County of (CA)
Loudon County (VA)
Louisiana, State of
Louisville (CO)
Loveland (CO)
Lowell, Charter Township of (MI)
Lowell, City of (MI)
Mackinaw City, Village of (MI)
Mackinaw Township (MI)
Macon County (NC)
Madera County (CA)
Madison (AL)
Madison Charter Township (MI)
Madison County (AL)
Madison County (NC)
Madison County (TN)
Madison County (TX)
Madison Heights, City of (MI)
Madison Parish (LA)
Madison, Town of (CT)
Maggie Valley, Town of (NC)
Maine, State of
Malcomson Utility District (TX)
Malheur County (OR)
Manchester, Town of (CT)
Manitowoc, City of (WI)
Mansfield, Town of (CT)
Maricopa County (AZ)
Marietta, City of (GA)
Marion County (FL)
Marion County (IN)
Marion, City of (NC)

Beech Mountain, Town of (NC)
Beechnut Municipal Utility District (TX)
Belding, City of (MI)
Belleville, City of (MI)
Bellevue (WA)
Bellgrande, Town of (ME)
Bellingham (WA)
Bellingham, Town of (MA)
Benton County (IN)
Benton County (OR)
Berkley, City of (MI)
Berlin, Town of (CT)
Berlin, Township of (MI)
Bernalillo County (NM)
Bethel, Town of (CT)
Bexar County (TX)
Bibb County (GA)
Bienville Parish (LA)
Billerica, Town of (MA)
Bingham Farms, Village of (MI)
Birmingham City (AL)
Birmingham, City of (MI)
Blackford County (IN)
Blackman, Charter Township of (MI)
Blendon Township (MI)
Bloomfield Hills, City of (MI)
Bloomfield, Charter Township of (MI)
Bloomfield, Town of (CT)
Blount County (TN)
Blowing Rock, Town of (NC)
Bogalusa, City of (LA)
Boise County (ID)
Bonneville County (ID)
Boone County (IN)
Boothbay Harbor, Town of (ME)
Bossier Parish (LA)
Boulder (CO)
Bowie County (TX)
Boyne City, City of (MI)
Boyne Valley Township (MI)
Braintree, Town of (MA)
Branford (CT)
Brazoria County (TX)
Brazoria County Municipal Utility District #2 (TX)
Brazoria County Municipal Utility District #4 (TX)
Brazoria County Municipal Utility District #6 (TX)

Mariposa, County of (CA)
Marshall County (IN)
Marshall Township (MI)
Marshall, City of (MI)
Martinsburg (WV)
Martinsville, Town of (NC)
Maryland, State of
Massachusetts, Commonwealth of
McDowell County (NC)
McLennan County (TX)
Mebane, City of (NC)
Mecklenburg County (NC)
Melvindale, City of (MI)
Mendocino County (CA)
Menomonee Falls, Village of (WI)
Mequon, City of (WI)
Merced County (CA)
Mercer Island (WA)
Meriden, City of (CT)
Meridian, Charter Township of (MI)
Mesa (AZ)
Mesquite, City of (TX)
Miami County (IN)
Michigan, State of
Middleburg, Town of (VA)
Middletown, City of (CT)
Middletown, Town of (RI)
Milam County (TX)
Milford (CT)
Milford, Charter Township of (MI)
Milford, Village of (MI)
Millbrook (AL)
Milwaukee, City of (WI)
Mineola Independent School District (TX)
Minnesota, State of
Mission Bend Municipal Utility District #2 (TX)
Mississippi, State of
Missouri, State of
Mobile (AL)
Mobile County (AL)
Modesto (CA)
Mohave County (AZ)
Monroe County (AL)
Monroe County (IN)
Monroe, Charter Township of (MI)
Monroe, City of (MI)

Brazos County (TX)
Breckenridge (CO)
Bremerton (WA)
Brevard County (FL)
Brewer, City of (ME)
Bridgeport, City of (CT)
Bridgestone Municipal Utility District (TX)
Bridgewater, Town of (MA)
Brighton (CO)
Brighton, Charter Township of (MI)
Brighton, City of (MI)
Bristol, City of (CT)
Brookfield, City of (WI)
Brookfield, Town of (CT)
Brookline, Town of (MA)
Brookshire, City of (TX)
Broomfield (CO)
Brown County (KS)
Brown Deer, Village of (WI)
Brunswick, Town of (ME)
Buchanan County (MO)
Buncombe, County of (NC)
Burien (WA)
Burke County (NC)
Burleson County (TX)
Burlington, City of (NC)
Burlington, Town of (CT)
Burton, City of (MI)
Cabarrus County (NC)
Caddo Parish (LA)
Calcasieu Parish (LA)
Caldwell County (NC)
Caldwell Parish (LA)
Caledonia, Charter Township of (MI)
California, State of
Cambridge, City of (MA)
Canon City (CO)
Canton Township (MI)
Canton, City of (GA)
Canton, Town of (CT)
Canton, Town of (MA)
Canton, Town of (NC)
Canyon County (ID)
Carbondale (CO)
Caribou, City of (MI)
Carrabassett Valley, Town of (ME)

Monroe, City of (NC)
Monroe, Town of (CT)
Montague, City of (MI)
Monterey County (CA)
Montgomery (AL)
Montgomery County (AL)
Montgomery County (IN)
Montgomery County (NC)
Montgomery County (TX)
Montgomery County Municipal Utility District #19 (TX)
Montgomery County Municipal Utility District #46 (TX)
Montgomery County Municipal Utility District #47 (TX)
Montgomery County Municipal Utility District #6 (TX)
Montgomery County Municipal Utility District #60 (TX)
Montgomery County Municipal Utility District #7 (TX)
Montrose (CO)
Montville, Town of (CT)
Moore County (NC)
Morehouse Parish (LA)
Morgan County (AL)
Morgan County (IN)
Morganton, City of (NC)
Morristown, City of (IN)
Morrow, City of (GA)
Mount Airy, City of (NC)
Mount Clemens, City of (MI)
Mount Holly, City of (NC)
Mountain Brook (AL)
Mt. Crested Butte (CO)
Mt. Morris, Charter Township of (MI)
Mt. Pleasant, Village of (WI)
Muenster, City of (TX)
Multnomah County (OR)
Murphy, Town of (NC)
Muskego, City of (WI)
Muskegon Heights, City of (MI)
Muskegon, Charter Township of (MI)
Muskegon, City of (MI)
Napa County (CA)
Naples, Town of (ME)
Nassau County (FL)
Natchitoches Parish (LA)
Navajo County (AZ)
Navarro County (TX)
Nebraska, State of
Needham, Town of (MA)

Carroll County (IN)

Carrollton-Farmers Branch Independent School District (TX)

Carson City (NV)

Cascade, Charter Township of (MI)

Cass County (IN)

Cass County (MI)

Cass County (NE)

Castle Rock (CO)

Catawba County (NC)

Cedarburg, City of (WI)

Central City (CO)

Central Coventry Fire District (RI)

Centreville, Village of (MI)

Chandler (AZ)

Channel View Independent School District (TX)

Charlotte County (FL)

Charlton, Town of (MA)

Chatham County (NC)

Chelsea, City of (MI)

Cherokee Central Appraisal District (TX)

Cherokee County (GA)

Cherokee County (NC)

Cherokee County (SC)

Cherokee County (TX)

Cheshire, Town of (CT)

Chester County (SC)

Chesterfield County (SC)

Cimarron Municipal Utility District (TX)

Cincinnati (OH)

Clackamas County (OR)

Claiborne Parish (LA)

Clark County (IN)

Clarke County (AL)

Clawson, City of (MI)

Clay County (FL)

Clay County (IN)

Clay County (MO)

Clayton County (GA)

Clear Creek Independent School District (TX)

Clear Lake City Water Authority (TX)

Cleveland (OH)

Cleveland County (NC)

Clinton County (IN)

Clinton, Charter Township of (MI)

CNP Utility District (TX)

Nevada County (CA)

Nevada, State of

New Baltimore, City of (MI)

New Berlin, City of (WI)

New Britain, Town of (CT)

New Buffalo, Township of (MI)

New Canaan, Town of (CT)

New Haven, City of (CT)

New Jersey, State of

New Mexico, State of

New Orleans (LA)

New York, State of

Newberry County (SC)

Newburyport, City of (MA)

Newington (CT)

Newnan, City of (GA)

Newport, City of (RI)

Newton, City of (MA)

Nez Perce County (ID)

Nichols Fire District (CT)

Niles, Charter Township of (MI)

Noble County (IN)

North Branford (CT)

North Carolina, State of

North Dakota, State of

North Haven, Town of (CT)

North Kansas City (MO)

North Muskegon, City of (MI)

North Providence, Town of (RI)

Northglenn (CO)

NorthPort (AL)

Northport, Town of (ME)

Northville, Charter Township of (MI)

Northville, City of (MI)

Norton Shores, City of (MI)

Nortonshore, City of (MI)

Norwalk, City of (CT)

Norwich, City of (CT)

Nottawa, Township of (MI)

Novi, City of (MI)

NW Dallas FCD (TX)

NW Harris County Municipal Utility District #10 (TX)

NW Harris County Municipal Utility District #21 (TX)

NW Harris County Municipal Utility District #29 (TX)

Oak Creek, City of (WI)

| | |
|---|---|
| Cobb County (GA) | Oakland, Charter Township of (MI) |
| Coconino County (AZ) | Oconee County (SC) |
| Coffee County (AL) | Oconomowoc, City of (WI) |
| Colbert County (AL) | Ogunquit, Town of (ME) |
| Colchester (CT) | Ohio, State of |
| Coldwater, City of (MI) | Okaloosa County (FL) |
| College Park, City of (GA) | Oklahoma, State of |
| Collier County (FL) | Old Fort, Town of (NC) |
| Collin County (TX) | Old Saybrook (CT) |
| Colorado Springs (CO) | Olympia (WA) |
| Colorado, State of | Orange (CT) |
| Columbia, Town of (CT) | Orange Beach City (AL) |
| Columbus (OH) | Orange County (CA) |
| Colusa County (CA) | Orange County (FL) |
| Commerce City (CO) | Orange County (IN) |
| Commerce, Charter Township of (MI) | Orange, County (NC) |
| Concord (NC) | Orion, Charter Township of (MI) |
| Conecuh County (AL) | Orono, Town of (ME) |
| Connecticut, State of | Osceola County (FL) |
| Contra Costa (CA) | Oshtemo Township (MI) |
| Contra Costa County (CA) | Otoe County (NE) |
| Cooke Central Appraisal District (TX) | Ouachita Parish (LA) |
| Coos County (OR) | Owen County (IN) |
| Coppell Independent School District, City of (TX) | Owosso, City of (MI) |
| Corsicana Independent School District (TX) | Palo Pinto (TX) |
| Cortez (CO) | Parke County (IN) |
| Coryell County (TX) | Parker (CO) |
| Coventry, Town of (RI) | Pasadena Independent School District (TX) |
| Covington County (AL) | Paw Paw Township (MI) |
| Coweta County (GA) | Pawtucket, City of (RI) |
| Cranston, City of (RI) | Pelham (AL) |
| Crested Butte (CO) | Pell City (AL) |
| Crockett, City of (TX) | Pennsylvania, Commonwealth of |
| Cromwell (CT) | Peoria (AZ) |
| Crosby Independent School District (TX) | Pewaukee, City of (WI) |
| Crosby Municipal Utility District (TX) | Pewaukee, Village of (WI) |
| Cudahy, City of (WI) | Phoenix (AZ) |
| Cullman County (AL) | Pickens County (SC) |
| Cumberland County (NC) | Piedmont (AL) |
| Cumberland Fire District (RI) | Pima County (AZ) |
| Cumberland, Town of (RI) | Pinal County (AZ) |
| CY-Champ Public Utility District (TX) | Pine Tree Independent School District (TX) |
| Cypress Fairbanks Independent School District (TX) | Pittsfield, Charter Township of (MI) |
| Cypress Forest Public Utility District (TX) | Pittsfield, Town of (ME) |
| Cypress Klein Utility District (TX) | Placer County (CA) |
| Dale County (AL) | Plainfield, Charter Township of (MI) |

Dallas County (TX)
Dallas County FCD #1 (TX)
Dallas County Utility & Reclamation District (TX)
Dalton Township (MI)
Danbury, City of (CT)
Daphne City (AL)
Darien, Town of (CT)
Davidson County (NC)
Davidson Township (MI)
Daviess County (IN)
Davison Township (MI)
Dayton Independent School District (TX)
Dearborn County (IN)
Dearborn Heights, City of (MI)
Dearborn Heights, County of (MI)
Dearborn, City of (MI)
Decatur City (AL)
Decatur County (IN)
Deer Park, City of (TX)
Dekalb County (AL)
Dekalb County (GA)
Dekalb County (IN)
Del Norte County (CA)
Delafield, City of (WI)
Delavan, City of (WI)
Delaware County (IN)
Delaware, State of
Delta (CO)
Delta Charter Township (MI)
Denton County (TX)
Denton County Rural Utility Development #1 (TX)
Denver (CO)
Derby, City of (CT)
Deschutes County (OR)
DeSoto Parish (LA)
Desoto, City of (TX)
Detroit, City of (MI)
Dexter, Town of (ME)
District of Columbia
Dodge County (NE)
Douglas County (GA)
Douglas County (NE)
Douglas County (NV)
Douglas County (OR)
Dubois County (IN)
Durango (CO)

Plainville, Town of (CT)
Plaquemines Parish (LA)
Platte County (NE)
Pleasant Prairie, Village of (WI)
Plymouth, Charter Township of (MI)
Plymouth, City of (MI)
Pointe Coupee Parish (LA)
Polk County (FL)
Polk County (NC)
Polk County (NE)
Polk County (TX)
Pontiac, City of (MI)
Portage, City of (MI)
Portland, City of (ME)
Portland, City of (MI)
Portsmouth, Town of (RI)
Powder Springs, City of (GA)
Prattville (AL)
Prescott (AZ)
Presque Isle, City of (ME)
Prestonwood Forest Utility District (TX)
Providence, City of (RI)
Pueblo (CO)
Pueblo County (CO)
Purcellville, Town of (VA)
Putnam (CT)
Putnam County (IN)
Racine, City of (WI)
Randolph County (IN)
Randolph County (NC)
Rapides Parish (LA)
Reedy Creek Improvement District (FL)
Reid Road Municipal Utility District #1 (TX)
Reid Road Municipal Utility District #2 (TX)
Rhode Island and Providence Plantations, State of
Richardson County (NE)
Richardson Independent School District (TX)
Richardson, City of (TX)
Richland Parish (LA)
Richmond County (NC)
Ridgefield, Town of (CT)
Rifle (CO)
Riley County (KS)
Ripley County (IN)
Riverdale, City of (GA)
Riverside County (CA)

Durham, County of (NC)
Durham, Town of (CT)
Duval County (FL)
Dyersburg City (TN)
East Bay Charter Township (MI)
East Carroll Parish (LA)
East Feliciana Parish (LA)
East Grand Rapids, City of (MI)
East Hartford, Town of (CT)
East Haven (CT)
East Lansing, City of (MI)
East Providence, City of (RI)
East Windsor, Town of (CT)
Eastpointe, City of (MI)
Edgecomb (ME)
Edgewater (CO)
Egelston Township (MI)
El Dorado County (CA)
Elkhart County (IN)
Elkin, Town of (CT)
Ellerber, Town of (NC)
Ellis County (TX)
Ellsworth, City of (ME)
Elon, Town of (NC)
Enfield, Town of (CT)
Englewood (CO)
Ennis Independent School District (TX)
Ennis, City of (TX)
Erath County (TX)
Escambia County (AL)
Escambia County (FL)
Essex, Town of (CT)
Eustace Independent School District (TX)
Evangeline Parish (LA)
Everett (WA)
Excelsior Springs, City of (MO)
Fairburn, City of (GA)
Fairfax, County of (VA)
Fairfield (AL)
Fairfield, Town of (CT)
Falls County (TX)
Fannin Central Appraisal District (TX)
Farmington (CT)
Farmington Hills, City of (MI)
Farmington, City of (MI)
Farmington, Town of (CT)

Riverview, City of (MI)
Robertsdale, City of (AL)
Rochester Hills, City of (MI)
Rochester, City of (MI)
Rockford, City of (MI)
Rockingham County (NC)
Rockingham, City of (NC)
Rockland, City of (ME)
Rockwall Central Appraisal District (TX)
Rockwall County (TX)
Rocky Hill, Town of (CT)
Romulus, City of (MI)
Roosevelt Park, City of (MI)
Roseville, City of (MI)
Roswell, City of (GA)
Rowan County (NC)
Royal Oak, City of (MI)
Royalton, Charter Township of (MI)
Rush County (IN)
Rusk County (TX)
Rutherford County (NC)
Sabine Parish (LA)
Saco, City of (ME)
Sacramento County (CA)
Saint Clair County (AL)
Saline County (NE)
Saline, City of (MI)
Salt River Pima-Maricopa Indian Community (AZ)
Saluda County (SC)
San Benito County (CA)
San Bernardino (CA)
San Bernardino County (CA)
San Diego County (CA)
San Francisco, City of (CA)
San Francisco, County of (CA)
San Joaquin County (CA)
San Jose, City of (CA)
San Mateo County (CA)
Santa Barbara, County of (CA)
Santa Clara, County of (CA)
Santa Cruz, County of (CA)
Santa Fe Independent School District (TX)
Santa Rosa County (FL)
Sarpy County (NE)
Sault Ste. Marie, City of (MI)
Saunders County (NE)

Fayette County (GA)
Fayette County (IN)
Federal Heights (CO)
Fenton, City of (MI)
Ferndale, City of (MI)
Ferrysburg City (MI)
Flagler County (FL)
Flagstaff (AZ)
Fletcher, Town of (NC)
Flint, Charter Township of (MI)
Flint, City of (MI)
Florida, State of
Forest Park, City of (GA)
Forsyth County (NC)
Fort Bend County (TX)
Fort Collins (CO)
Fountain County (IN)
Fountainhead Municipal Utility District (TX)
Franklin County (IN)
Franklin Parish (LA)
Franklin, Town of (NC)
Franklinton, Town of (LA)
Frenchtown, Charter Township of (MI)
Fresno (CA)
Fresno County (CA)
Friendswood Independent School District (TX)
Frisco Independent School District (TX)
Fruitland Township (MI)
Fruitport Charter Township (MI)
Fruitport Township (MI)
Fulton County (GA)
Fulton County (IN)
Gage County (NE)
Gaines Charter Township (MI)
Gainesville, City of (GA)
Galena Park Independent School District (TX)
Galveston County (TX)
Galveston County Municipal Utility District #14 (TX)

Galveston County Municipal Utility District #15 (TX)

Galveston County Water Control & Improvement
District 12 (TX)
Garden City, City of (MI)
Garland Independent School District (TX)
Garland, City of (TX)

Saylesville Fire District (RI)
Scarborough (ME)
Scio Township (MI)
Scotland County (NC)
Scott County (IN)
Scottsdale (AZ)
Searsport, Town of (ME)
Seattle (WA)
Seminole County (FL)
Seward County (NE)
Seymour, Town of (IN)
Shasta County (CA)
Shawnee County (KS)
Sheboygan, City of (WI)
Shelby County (AL)
Shelby County (TX)
Shelby, Charter Township of (MI)
Shelbyville-Addison, City of (IN)
Sheldon Independent School District (TX)
Shelton, City of (CT)
Sherman Independent School District (TX)
Shorewood, Village of (WI)
Siler City (NC)
Silverthorne (CO)
Simsbury, Town of (CT)
Siskiyou County (CA)
Smith County (TX)
Smithfield (RI)
Smyrna, City of (GA)
Snowmass Village (CO)
Solano County (CA)
Somervell Central Appraisal District (TX)
Sonoma County (CA)
South Carolina, State of
South Dakota, State of
South Lyon, City of (MI)
South Portland, City of (ME)
South Shore Harbour Municipal Utility District #2 (TX)

South Windsor, Town of (CT)

Southbury, Town of (CT)

Southfield, City of (MI)
Southfield, Township of (MI)
Southgate, City of (MI)

| | |
|---|---|
| Gaston County (NC) | Southington, Town of (CT) |
| Genesee, Charter Township of (MI) | Southside Place, City of (TX) |
| Geneva County (AL) | Spokane County (WA) |
| Genoa, Charter Township of (MI) | Spring Branch Independent School District (TX) |
| Georgia, State of | Spring Independent School District (TX) |
| Germantown, Village of (WI) | Spring Lake Township (MI) |
| Gibsonville, Town of (NC) | Spring Lake Village (MI) |
| Gila County (AZ) | St. Ann Arbour, City of (MI) |
| Gladewater Independent School District (TX) | St. Bernard Parish (LA) |
| Gladstone, City of (MO) | St. Charles County (MO) |
| Glastonbury, Town of (CT) | St. Charles Parish (LA) |
| Glendale (AZ) | St. Clair Shores, City of (MI) |
| Glendale (CO) | St. James Parish (LA) |
| Glendale, City of (WI) | St. John the Baptist Parish (LA) |
| Glenn County (CA) | St. Johns County (FL) |
| Glenwood Springs (CO) | St. Johns, City of (MI) |
| Gloucester, City of (MA) | St. Joseph County (IN) |
| Glynn County (GA) | St. Joseph, Charter Township of (MI) |
| Golden (CO) | St. Landry Parish (LA) |
| Goose Creek Independent School District (TX) | St. Louis County (MO) |
| Gorham, Town of (ME) | St. Louis, City of (MO) |
| Graham, City of (NC) | St. Martin (LA) |
| Granby, Town of (CT) | St. Mary Parish (LA) |
| Grand Blanc, Charter Township of (MI) | St. Tammany Parish (LA) |
| Grand Blanc, City of (MI) | STACS Combined Return (AL) |
| Grand Junction (CO) | Stamford, City of (CT) |
| Grand Rapids, Charter Township of (MI) | Stanislaus County (CA) |
| Grand Rapids, City of (MI) | Stanley Lake Municipal Utility District (TX) |
| Grandville, City of (MI) | Stanly County (NC) |
| Grant County (IN) | Stanton, City of (MI) |
| Granville County (NC) | Starke County (IN) |
| Graysville (AL) | Steamboat Springs (CO) |
| Greeley (CO) | Sterling (CO) |
| Green Oak, Charter Township of (MI) | Sterling Heights, City of (MI) |
| Greene County (IN) | Steuben County (IN) |
| Greenfield, City of (WI) | Stokes County (NC) |
| Greenville County (SC) | Stonington, Town of (CT) |
| Greenwich, Town of (CT) | Stratford, Town of (CT) |
| Greenwood County (SC) | Sturgis, City of (MI) |
| Greenwood Village (CO) | Sullivan County (IN) |
| Gregg County (TX) | Sulphur Springs Independent School District (TX) |
| Grimes Central Appraisal District (TX) | Sulphur Springs, City of (TX) |
| Groton, Town of (CT) | Summit Township (MI) |
| Guilford County (NC) | Sun Valley (ID) |
| Guilford, Town of (CT) | Sunnyvale Independent School District (TX) |
| Gulf Shores City (AL) | Superior, Charter Township of (MI) |

Gunnison (CO)
Gwinnett County (GA)
Gypsum (CO)
Haddam, Town of (CT)
Hales Corners, Village of (WI)
Hall County (GA)
Hamden, Town of (CT)
Hamilton Central Appraisal District (TX)
Hamilton County (IN)
Hamlet, City of (NC)
Hammond, City of (LA)
Hancock County (IN)
Hapeville, City of (GA)
Harpswell, Town of (ME)
Harris County (TX)
Harris County Fresh Water Supply District #51 (TX)
Harris County Fresh Water Supply District #61 (TX)
Harris County Municipal Utility District #132 (TX)
Harris County Municipal Utility District #153 (TX)
Harris County Municipal Utility District #154 (TX)
Harris County Municipal Utility District #167 (TX)
Harris County Municipal Utility District #168 (TX)
Harris County Municipal Utility District #186 (TX)
Harris County Municipal Utility District #191 (TX)
Harris County Municipal Utility District #233 (TX)
Harris County Municipal Utility District #248 (TX)
Harris County Municipal Utility District #275 (TX)
Harris County Municipal Utility District #36 (TX)
Harris County Municipal Utility District #372 (TX)
Harris County Municipal Utility District #81 (TX)
Harris County Municipal Utility District #86 (TX)
Harris County Water Control & Improvement District #114 (TX)
Harris County Water Control & Improvement District #145 (TX)
Harrisburg, Town of (NC)
Harris-Fort Bend Municipal Utility District #4 (TX)
Harrison Central Appraisal District (TX)
Harrison County (MS)
Harrison County (TX)
Harrison County Municipal Utility District #24 (TX)
Hartford, City of (CT)
Hartford, City of (WI)
Hartland Township (MI)
Hastings, City of (MI)
Hawaii, State of

Surry County (NC)
Sutter, County of (CA)
Swartz Creek, City of (MI)
Tacoma (WA)
Taneytown, City of (MD)
Tangipahoa Parish (LA)
Tarrant County (TX)
Tatum, City of (TX)
Tawas City, City of (MI)
Taylor, City of (MI)
Taylorsville, Town of (NC)
Tehama County (CA)
Tempe (AZ)
Tenaha Independent School District (TX)
Tennessee, State of
Tensas Parish (LA)
Terrebonne Parish (LA)
Texas City Independent School District (TX)
Texas, Charter Township of (MI)
Texas, State of
Thibodaux, City of (LA)
Thomaston, Town of (ME)
Thornton (CO)
Three Rivers, City of (MI)
Tift County (GA)
Tippecanoe County (IN)
Tipton County (IN)
Titus County (TX)
Tolumne County (CA)
Tomball Independent School District (TX)
Torrington, City of (CT)
Transylvania County (NC)

Trenton, City of (MI)

Trinity City (AL)
Trinity County (TX)
Trinity/Groveton (TX)
Troy, City of (MI)
Trumbull, Town of (CT)
Tucson (AZ)
Tulare County (CA)
Tumwater (WA)
Tupelo (MS)
Tuscaloosa (AL)
Tuscaloosa County (AL)

| | |
|---|---|
| Hayes Township (MI) | Union City (SC) |
| Haywood County (NC) | Union County (IN) |
| Hazel Park, City of (MI) | Union County (NC) |
| HC Municipal Utility District #276 (TX) | Union County (SC) |
| HC Municipal Utility District #400 (TX) | Union Parish (LA) |
| HC Utility District#15 (TX) | Union, City of (GA) |
| HC Water Control & Improvement District #109 (TX) | Union, City of (SC) |
| HC Water Control & Improvement District #116 (TX) | Upshur County (TX) |
| Helena City (AL) | Utah County (UT) |
| Henderson County (NC) | Utah, State of |
| Henderson County (TX) | Utica, City of (MI) |
| Henderson, City of (TX) | Vail (CO) |
| Hendersonville, City of (NC) | Valdese, Town of (NC) |
| Hendricks County (IN) | Valwood Improvement Authority (TX) |
| Hennepin County (MN) | Van Buren, Charter Township of (MI) |
| Henry County (AL) | Van Zandt Central Appraisal District (TX) |
| Henry County (GA) | Vancouver (WA) |
| Henry County (IN) | Vanderburgh County (IN) |
| Highland Park, City of (MI) | Vermillion Parish (LA) |
| Highland, Charter Township of (MI) | Vermont, State of |
| Hill Central Appraisal District (TX) | Vernon Parish (LA) |
| Hill County (TX) | Vernon, Town of (CT) |
| Holbrook, Town of (MA) | Vigo County (IN) |
| Holland, Charter Township of (MI) | Virginia, Commonwealth of |
| Holland, City of (MI) | Volusia, County of (FL) |
| Holly Springs, City of (GA) | Wabash County (IN) |
| Holly Township (MI) | Wake County (NC) |
| Holly, Village of (MI) | Walker Central Appraisal District (TX) |
| Hoover City (AL) | Walker County (AL) |
| Hopkins County (TX) | Walker, City of (MI) |
| Hopkinton, Town of (MA) | Walled Lake, City of (MI) |
| Houlton, Town of (ME) | Waller County (TX) |
| Houston (TX) | Waller Independent School District (TX) |
| Houston County (AL) | Wallingford, Town of (CT) |
| Houston County (TX) | Walton County (FL) |
| Howard County (IN) | Ware County (GA) |
| Howell Township (MI) | Warren County (IN) |
| Hudson, Town of (NC) | Warren, City of (MI) |
| Hudsonville, City of (MI) | Warrick County (IN) |
| Hueytown (AL) | Warwick, City of (RI) |
| Huffman Independent School District (TX) | Washington County (AL) |
| Humble Independent School District (TX) | Washington County (NE) |
| Humboldt County (CA) | Washington County (OR) |
| Hunt County (TX) | Washington County (TN) |
| Huntington County (IN) | Washington Parish (LA) |
| Huntsville City (AL) | Washington, State of |

Iberia Parish (LA)
Iberville Parish (LA)
Idaho, State of
Illinois, State of
Independence, Charter Township of (MI)
Indian Trail, Town of (NC)
Indiana, State of
Iona, City of (MI)
Ionia, City of (MI)
Ionia, Township of (MI)
Iowa, State of
Iredell County (NC)
Irving Independent School District (TX)
Irving, City of (TX)
Jacinto City, City of (TX)
Jackrabbit Road Public Utility District (TX)
Jackson City (TN)
Jackson County (IN)
Jackson County (KS)
Jackson County (MO)
Jackson County (NC)
Jackson County (OR)
Jackson County (TX)
Jackson, City of (MI)
Jasper (AL)
Jasper County (IN)
Jay County (IN)
Jefferson County (AL)
Jefferson County (IN)
Jefferson County (MO)
Jefferson Davis Parish (LA)
Jefferson Parish (LA)
Jennings County (IN)
Johnson City, City of (TN)
Johnson County (IN)
Johnson County (KS)
Johnson County (NE)
Johnson County (TX)
Johnston, Town of (RI)
Jonesville, Town of (NC)
Josephine County (OR)
Kalamazoo, City of (MI)
Kansas, State of
Katy Independent School District (TX)
Katy, City of (TX)
Kaufman County (TX)

Watauga County (NC)
Waterbury, City of (CT)
Waterford (CT)
Waterford, Charter Township of (MI)
Watertown, Town of (CT)
Waterville, City of (ME)
Waukesha, City of (WI)
Wauwatosa, City of (WI)
Waxhaw, Town of (NC)
Wayne County (IN)
Wayne, City of (MI)
Waynesville, Town of (NC)
Webster Parish (LA)
Wells County (IN)
West Allis, City of (WI)
West Baton Rough Parish (LA)
West Bend, City of (WI)
West Bloomfield, Charter Township of (MI)
West Hartford, Town of (CT)
West Haven, City of (CT)
West Virginia, State of
West Warrick (RI)
Westador Municipal Utility District (TX)
Westbrook, City of (ME)
Westbrook, Town of (CT)
Westland, City of (MI)
Westminster (CO)
Wethersfield, Town of (CT)
Wharton County (TX)
Wheat Ridge (CO)
White County (IN)
Whitehall Township (MI)
Whitehall, City of (MI)
Whitley County (IN)
Whitney Independent School District (TX)
Wilkes County (NC)
Wilson, Town of (WI)
Wilton, Town of (CT)
Windham, Town of (CT)
Windsor (CO)
Windsor Locks, Town of (CT)
Windsor, Town of (CT)
Winslow, Town of (ME)
Winter Park (CO)
Wisconsin, State of
Wise Appraisal District (TX)

Kearney, City of (MO)
Kelso (WA)
Kennesaw, City of (GA)
Kenosha, City of (WI)
Kentucky, Commonwealth of
Kentwood, City of (MI)
King, City of (NC)
Kings, County of (CA)
Kittery, Town of (ME)
Kleberg County (TX)
Klein Independent School District (TX)
Kleinwood Municipal Utility District (TX)
Knox County (TN)
Knoxville, City of (TN)
Kosciusko County (IN)
La Junta (CO)
La Paz County (AZ)
La Porte (TX)
Lacey (WA)
Lafayette (CO)
Lafayette Parish (LA)
LaFourche Parish (LA)
Lagrange County (IN)
Lake County (CA)

Wise County (TX)
Wixom, City of (MI)
Wood County (TX)
Woodbridge, Town of (CT)
Woodhaven, City of (MI)
Woodland Park (CO)
Woodlands Metro Center Municipal Utility District (TX)
Woodstock, City of (GA)
Woonsocket, City of (RI)
Wyandotte County (KS)
Wyandotte, City of (MI)
Wyoming, City of (MI)
Wyoming, State of
Yadkin, County of (NC)
Yadkinville, Town of (NC)
Yamhill County (OR)
Yancey County (NC)
Yavapia County (AZ)
Yolo County (CA)
York County (SC)
Ypsilanti, Charter Township of (MI)
Ypsilanti, City of (MI)
Yuba County (CA)
Zeeland, City of (MI)

## Unions

Communications Workers of America (CWA)

International Brotherhood of Electrical Workers, AFL-CIO, Local Union No. 292

International Brotherhood of Electrical Workers 617

International Brotherhood of Electrical Workers, Local Union No. 1200

International Brotherhood of Electrical Workers 9th District

International Brotherhood of Electrical Workers, Local Union No. 134

International Brotherhood of Electrical Workers Local Union No. 223 CT

International Brotherhood of Electrical Workers, Local Union No. 20

International Brotherhood of Electrical Workers Local Union No. 223 Hopkinton

International Brotherhood of Electrical Workers, Local Union No. 3

International Brotherhood of Electrical Workers Local Union No. 481

International Brotherhood of Electrical Workers, Local Union No. 34

International Brotherhood of Electrical Workers No. 1

International Brotherhood of Electrical Workers, Local Union No. 46

## US Trustees & Clients

Anemone, Bonnie
Bird, David D.
Buchbinder, David
Giordano, Diane

Morrill, Jan
Myhasuk, Kelly
O'Malley, James R.
O'Neal, Lauren

Green, Christine
Harrington, William K.
Heck, Jeffrey
Kenney, Mark
Kirk, Todd
Leamy, Jane
Manley, Stacey
McMahon, Joseph

Panacio, Michael
Schepacarter, Richard
Vara, Andrew R.
Vinson, Ramona
West, Michael
Williams, Shakima L.
Wylesol, George
Wynn, Dion

## Utilities

Alabama Power
Allied Waste Services
Ameren UE
Amerencilco
American Electric Power Co. Inc.
Atmos Energy
Avista
Baltimore Gas & Electric
Bangor Hydro Electric
Centerpoint Energy-Minnesota
Central Valley Waste Service
Citizens Gas & Coke Utility
Columbia Gas Of Ohio
Columbus & Central Ohio System
ComEd
Connecticut Light & Power
Consumers Energy
Dominion Virginia Power
Duke Energy Corp.

East Peoria (IL) Water & Sewer Department
Entergy Corp.
Fairfax County (VA) Water Authority
Florida Power & Light
Gas Co., The
Georgia Power
Gulf Power
Idacorp Co.
Idaho Power
Illuminating Co., The
Intermountain Gas Co.
Irving (TX), City of
Jacksonville (FL) Energy Authority
Kansas City Power & Light
Kansas Gas Service
Keyspan Energy Delivery
Laclede Gas Co.
Lee County (FL) Utilities
LIPA

Long Island Power Authority
Mets Roll-Off Service Inc.
Mid-American Energy
Mobile Area (AL) Water/Sewer System
Mobile Gas Service Corp.
Modern Electric Water Co.
NICOR Gas
NSTAR
NVEnergy
NW Natural Gas
Omaha (NE) Metropolitan Utilities District
Omaha (NE) Public Power District
OPPD
Orlando (FL) Utilities Commission
PG&e Corp.
Piedmont Natural Gas Co. Inc.

Questar Gas
Reliant Energy Inc.
Riverside (CA) Public Utilities
Rocky Mountain Power
Roseville (CA), City of
Sacramento (CA) Municipal Utility District
San Diego Gas & Electric
Scana Energy
Seattle (WA), City of
Southern California Edison
SRP/Salt River Project
TXU Energy
WE Energies
Wright-Hennepin Cooperative Electric Association
XCEL Energy Inc.
Yankee Gas Services Co.

Progress Energy Carolinas Inc.
Puget Sound Energy

York County (SC) Natural Gas Authority
York County (SC) Water & Sewer

**Vendors**

Accent Communications Systems
Adventist Health Willits Hospital
Aiphone Communication Systems
Allen, Jonathan
Alliance Entertainment Corp.
Ariel Supply
ASC Signal Corp.
AT&T/SBC
Audio Acoustics Inc.
Audio Acoustics Repairs
Audiomatrix-Greeley
Avcom Communications Inc.
Beggars Group/Matador Records
Blue Line Planning Inc.
Breen, Jim
Business Music & Communication
Compost Records
Comprehensive Video/Vcom
Consultedge Inc.
Cornejo, Max A.
Corning, Carl J.
Custom Alarm
D&M Professional
Data Imaging & Associates Inc.
DB Acoustics Inc.
Development Dimensions International
DHD Marketing Consultants Inc.
Diversitec Inc.
Dove Net Technologies LLC
Draper Shade & Screen Co. Inc

Business Music Inc.-Albuquerque
Business Music Inc.-Oklahoma City
Business Music Inc.-Tucson
BV Entertainment
Carolina Georgia Sound-Augusta
Carolina Georgia Sound-Columbus
Carolina Sound Communications Inc.
Carolina-Georgia Sound/Background
CB Richard Ellis Group Inc.
CDW Direct LLC
Chas P. Young Co.
Christopher J. Williams
Chum Ltd.-Vancouver BC
Church's Chicken
Commercial Audio & Video Inc.
Communications Products & Services Inc.
Dropcards Inc.
DSI of Hawaii Inc.
DSV Air & Sea Inc.
Dynasound Inc.
Echostar Commercial Services
Economic Research Institute
Eiki International
Electro Alliance Inc.
Electrograph Systems Inc.
Environmental Sound Solutions
Ettain Group Inc.
Exervio Consulting Inc.
Extron Electronics
Fastenal Co.
Fenwick & West LLP

Fitzhugh Communications
Focus Four (Holdings) Ltd.
Focus Four-Roanoke
Focus Four-West Palm Beach
Frost Electric Supply Co.
Functional Communications Corp.
General Dynamics Satcom Technology
Georgia Sound Communications Inc.
Giambrone, Eric

Hatteras Consultants
Hawaii Sound Systems Inc.
Heads Up Records
Herman Electronics Inc.
Ho, Christopher Gene
Holbrook, John
Hopkins, John C.I.
HSBC Business Solutions
Hudson, City of

Globe Sound & Video Inc.
Granite Sound Corp.
Graybar Electric Co.
Great Plains Sound & Tech LLC
Hallam, Lee S.
Harrelson, Richard L.

Independence Comm-Pittsburgh
Independence Comm-Richmond
Independence Comm-WV
Indiana University
Installers Depot
Instinct Records
JBL Professional
JC Rose & Associates Inc.
Journalistic Inc.
Karrobean Design House
Klipsch LLC
Landsberg, Kent H.
Leesville Inc.-Popeyes Chicken
Liberty Wire & Cable
Lowell Manufacturing Co.

Moore & Van Allen PLLC
Murray Enterprises-McDonalds
Music Engineering Co.
Music Engineering Inc.
Music Supply Co. Inc.
Muzak of Toledo
Muzicom Inc.
Muzicraft
Nalley Infiniti
National Power Corp.
Neeco-Tron Inc.
Nel-Tech Labs Inc.
NES Rentals
Neurotic Media LLC
Ninja Tune Records

Pico Macom Inc.
Polanco, Francisco Jose
Premier Technologies
Pricewaterhousecoopers LLP
Pridham Electronics-Madison
Prosound Inc.
QSC Audio Products LLC

Huxley + Huxley Worldwide LLC
Independence Comm-Harrisburg
Independence Comm-Newport News
Independence Comm-NJ
Independence Comm-Philadelphia

Mackenzie Laboratories Inc
Maverick Media-Muzak Pagecall
McClelland Sound Inc.
MCM Electronics
Meat Heads Burgers & Fries
Media Evolved LLC
Melody Inc.
Merrill Communications LLC
Metro Comm-Jackson
MG Electronics
Miami Valley Audio Inc.
Mid-America Overseas Inc.
Middle Atlantic Products Inc.
Mitek Corp.

Northstar Controls LLC
Oce Financial Services Inc.
Ogletree Deakins Nash Smoak & Stewart PC
Ohio Musicue Corp.
OM Records
Owi Inc.
Palm Records Inc
Panasonic Service & Technology Co.
Paso Sound Products Inc.
PC Connection Inc.
Peavey Electronics Corp.
Peek Traffic Corp.
Peerless Industries Inc.
Philip Alan Inc.

Shadow Records
Sharp Electronics Corp.
Skutch Electronics Inc.
SOS Satellite Service
Soundtube Entertainment Inc.
Soundworks LLC
Sousley Sound & Communications

Quam-Nichols Co.
Radio Communications Co.
Rental Service Corp.
Rhino Entertainment Co.
San Francisco SPCA
SBA Towers II LLC
Scansource Inc.

South Central Sound-Chattanooga
South Central Sound-Decatur
South Central Sound-Evansville
South Central Sound-Huntsville
South Central Sound-Knoxville
South Central Sound-Las Vegas
South Central Sound-Lexington
South Central Sound-Louisville

South Central Sound-Memphis
South Central Sound-Nashville
Starin Marketing Inc.
Stor-Com Inc.
Sunbelt Rentals
Sunstate Equipment Rental
Super D
Technology Credit Union
Technology Electronics
Telex Communications Inc.
Terminix
Texas Wired Music Inc.
Timecomet Corp.
TMP Worldwide Advertising & Communications LLC

Tropical Music
Ultimate Software Group Inc., The
United Rentals Inc.
Universal Music Enterprises
Virtual Design/TC Electric
Wegener Communications Inc.
Weil Gotshal & Manges LLP
West Penn Wire Corp.
Westport Research
Wilson Sonsini Goodrich & Rosati PC
Winegard Co.
Wired Music Ltd.
World Music Corp.
York County (SC) Taxes

TOA Electronics Inc.
Towner Communications Systems

Young, Johnny M.

<u>**EXHIBIT B**</u>

**Parties-in-Interest Noted for Court Disclosure**

<u>**Relationships in Matters Related to These Proceedings**</u>

None

<u>**Relationships in Unrelated Matters**</u>

**Banks**

| | |
|---|---|
| Bank of America | US Bank NA |
| JP Morgan Chase | Wachovia |

**Debtholders**

| | |
|---|---|
| ABRY Partners LLC | HSBC Global Asset Management (USA) Inc. |
| Bear Stearns | ING Investments LLC |
| Black Diamond | Monarch Alternative Capital LP |
| Credit Suisse Asset Management Americas | ORIX Corp. |
| Eaton Vance Management Inc. | Wells Capital Management Inc. |
| Fidelity Management & Research Co. | |

**Equity Holders**

Northwestern Mutual Life Insurance Co., The

**Insurers Trustees**

| | |
|---|---|
| Bear Stearns & Co. Inc | US Bank NA |

**Insurers**

| | |
|---|---|
| American International Specialty Insurance Co. | Marsh & McLennan Co. Inc. |
| Federal Insurance Co. | Zurich American Insurance Co. |
| Great American Insurance Co. | XL Specialty Insurance Co. |

**Lenders**

| | |
|---|---|
| Amaranth Partners LLC | Orix Finance Corp. I |
| Bear Stearns Investment Products | Riva Ridge Master Fund Ltd. |
| Black Diamond Offshore Ltd. | Silver Point Capital |
| Caspian Capital Partners LP (Mariner) | Swiss Re Financial Products Corp. |
| General Electric Capital Corp. | |

**Letter of Credit**

Liberty Mutual Insurance

**Litigants**

Johnson, Robert

**Ordinary Course Professionals**

Akin Gump
Bingham McCutchen
Brown Rudnick
Dorsey Whitney
Kirkland & Ellis
Marsh & McLennan Cos. Inc.
Marsh Inc.

Moelis & Co. LLC
Moore & Van Allen PLLC
Morris James LLP
PricewaterhouseCoopers LLP
Towers Perrin
Willkie Farr

**Taxing Authorities**
Alameda County (CA)
Arizona, State of
California, State of
Connecticut, State of
Harris County (TX)
Indiana, State of
Maryland, State of

Montgomery County (TX)
New York, State of
Shelby County (AL)
Shelby County (TX)
Virginia, Commonwealth of
Washington, State of
York County (SC)

**Unions**
Communications Workers of America (CWA)

**Utilities**
Alabama Power
Avista
Dominion Virginia Power
Gulf Power
Mid American Energy
Reliant Energy
San Diego Gas & Electric
Centerpoint Energy-Minnesota

Duke Energy Corp.
Florida Power & Light
Georgia Power
Idacorp Power
PG&E Corp.
Puget Sound Energy
Southern California Edison
Keyspan Energy Delivery

**Vendors**
CB Richard Ellis Group Inc.
Moore & Van Allen PLLC
Sharp Electronics Corp

Indiana University
Peerless Industries