IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MUZAK HOLDINGS LLC, *et al.*,[1] | ) Case No. 09-10422 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket No. 1022 |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[2] of the Reorganized Debtors for an order closing these Chapter 11 cases pursuant to Bankruptcy Code section 350(a) and Bankruptcy Rule 3022 and Local Rule 5009-1; and it appearing that the Reorganized Debtors' estates have been fully administered; and it appearing that notice of the Motion was adequate and proper, and no further notice of the Motion is required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the Motion is GRANTED.

ORDERED, the following cases are hereby closed:

| MUZAK HOLDINGS LLC | 09-10422 |
|---|---|
| MUZAK HOLDINGS FINANCE CORP. | 09-10424 |
| MUZAK LLC | 09-10425 |

---

1 The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Muzak Holdings LLC (3730); Muzak Holdings Finance Corp. (3728); Muzak LLC (3729); Background Music Broadcasters, Inc. (3014); Muzak Capital Corporation (2302); MLP Environmental Music, LLC (6098); Business Sound, Inc. (9525); BI Acquisition, LLC (6049); Muzak Finance Corp. (7963); Electro-Systems Corporation (6059); Audio Environments, Inc. (4111); Telephone Audio Productions, Inc. (4894); Vortex Sound Communications Company, Inc. (3711); Muzak Houston, Inc. (9984); and Music Incorporated (3710). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: 3318 Lakemont Boulevard, Fort Mill, South Carolina 29708.

2 All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PHIL1 1598530-2

| BACKGROUND MUSIC BROADCASTERS, INC. | 09-10426 |
|---|---|
| MUZAK CAPITAL CORPORATION | 09-10427 |
| MLP ENVIRONMENTAL MUSIC, LL | 09-10428 |
| BUSINESS SOUND, INC. | 09-10429 |
| BI ACQUISITION, LLC | 09-10430 |
| MUZAK FINANCE CORP. | 09-10431 |
| ELECTRO-SYSTEMS CORPORATION | 09-10432 |
| AUDIO ENVIRNMENTS, INC. | 09-10433 |
| TELEPHONE AUDIO PRODUCTIONS, INC. | 09-10434 |
| VORTEX SOUND COMMUNICATIONS COMPANY, INC. | 09-10435 |
| MUZAK HUSTON, INC. | 09-10437 |
| MUSIC INCORPORATED | 09-10438 |

ORDERED, that this order shall be effective immediately.

ORDRED, that nothing in this Order shall prejudice the Reorganized Debtors' or any other parties' rights to reopen the chapter 11 cases for cause as set forth in Bankruptcy Code section 350(b).

Dated: Aug 19, 2011
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge